# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff, | : | |
| | | CASE NO. 2:21-CV-5587 |
| vs. | : | |
| | | JUDGE SARGUS |
| MICHAEL JASON MEADE, | : | MAGISTRATE JUDGE VASCURA |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Mark C. Collins hereby enters his appearance as co-counsel and trial attorney on behalf of Defendant Michael Jason Meade.

        Respectfully submitted,

        /s/ Mark C. Collins
        Mark C. Collins (0061207)
        Mark C. Collins Co., L.P.A.
        150 E. Mound St., Suite 308
        Columbus, Ohio 43215
        (614) 443-3100
        mark@mcollinslaw.com
        Attorney for Michael Jason Meade

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I filed the foregoing Notice of Appearance at the Clerk of Courts for the United States District Court for the Southern District of Ohio and served Duly Appointed Special Counsel to the Prosecuting Attorney of Franklin County, Ohio, Timothy Merkle and Gary Shroyer, at their email accounts: htm@ejhlaw.com and gary@shroyerlaw.com.

        /s/ Mark C. Collins
        Mark C. Collins (0061207)
        Attorney for Michael Jason Meade