**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STATE OF OHIO,**

    **Plaintiff,**

    v.

**MICHAEL JASON MEADE,**

    **Defendant.**

    **Case No. 2:21-cv-5587**
    **JUDGE EDMUND A. SARGUS, JR.**
    **Magistrate Judge Chelsey M. Vascura**

## ORDER

This case came before the Court for a telephone status conference on December 8, 2021. As discussed during the conference, Defendant may respond to Plaintiff's Motion for Summary Remand (ECF No. 5) within seven days of this Order. Additionally, the Court will hold an in-person hearing on December 22, 2021 at 9:00 a.m. The first part will be an evidentiary hearing on the Defendant's status at the time of the challenged incident; second part will be an oral argument on whether Meade has a colorable federal defense to the challenged actions.

    **IT IS SO ORDERED.**

**12/8/2021**                                         **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**