IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STATE OF OHIO,**

           **Plaintiffs,**

 **v.**

**MICHAEL JASON MEADE,**

           **Defendant.**

Case No. 2:21-cv-5587
Judge Edmund A. Sargus, Jr.

## TELEPHONE NOTICE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard
         Columbus, Ohio 43215

**December 16, 2021 at 10:00 a.m.**

TYPE OF PROCEEDING: **Telephone Status Conference**

**TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **December 16, 2021** at **10:00 a.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **5587**.

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  December 15, 2021

     /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk