**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STATE OF OHIO,**

    **Plaintiff,**

    v.

**MICHAEL JASON MEADE,**

    **Defendant.**

**Case No. 2:21-cv-5587
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura**

## ORDER

This case came before the Court for a telephone status conference on December 16, 2021. As discussed during the conference, the December 22, 2021 in-person hearing is **VACATED** and **RESCHEDULED** for February 11, 2022, at 9:00 a.m. As noted in the Court's previous order (ECF No. 6), the substance of the hearing will be as follows: (1) an evidentiary hearing on whether Defendant Meade was acting as a federal officer, and under color of federal office at the time of the incident under § 1442(c); and (2) an oral argument on whether Defendant Meade has a colorable federal defense to the challenged actions. *See* 28 U.S.C. § 1442(a); *Mesa v. California*, 489 U.S. 121, 129 (1989).

    **IT IS SO ORDERED.**

**12/16/2021**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**