IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **State of Ohio** | : | **Case No. 2:21-cv-5587** |
| **Plaintif,** | : | **Judge Edmund A. Sargus** |
| vs. | : | **NOTICE OF APPEARANCE** |
| **Michael Jason Meade** | : | |
| **Defendant** | : | |

    Please take notice that Elizabeth A. Ellis, Assistant Prosecuting Attorney, S. Ct. Reg. No. 0074332, 301 West Third Street, P.O. Box 972, Dayton, Ohio 45422 hereby enters her appearance in this matter on behalf of the Plaintiff, State of Ohio.

    Respectfully submitted,

    MATHIAS H. HECK, JR.
    PROSECUTING ATTORNEY

    By: /s/ Elizabeth A. Ellis
    Elizabeth A. Ellis, (0074332)
    Assistant Prosecuting Attorney
    301 West Third Street
    P.O. Box 972
    Dayton, Ohio 45422
    Telephone: (937) 225-5788
    Fax Number: (937) 225-4822
    E-mail: ellise@mcohio.org
    Attorney for Plaintiff State of Ohio

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 14, 2022, the foregoing document was served on all parties or their counsel of record through the court's CM/ECF system, if they are registered users (pursuant to Fed. R. Civ. P 5(b)(2)(E)), or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record (pursuant to Fed. R. Civ. P 5(b)(2)(C)).

                By: /s/ Elizabeth A. Ellis
                Elizabeth A. Ellis, (0074332)
                Assistant Prosecuting Attorney