UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **State of Ohio,** | : | **Case No. 2:21-cv-5587** |
| **Plaintiff,** | : | **Judge Edmund A. Sargus** |
| vs. | : | **NOTICE OF APPEARANCE** |
| **Michael Jason Meade,** | : | |
| **Defendant.** | : | |

Joshua T. Shaw enters his appearance in this matter as co-counsel and trial attorney on behalf of the Plaintiff, State of Ohio.

Respectfully submitted,

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By: /s/ Joshua T. Shaw
Joshua T. Shaw, (0087456)
Assistant Prosecuting Attorney
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 225-5786
Fax Number: (937) 225-4822
E-mail: shawj@mcohio.org
Attorney for Plaintiff State of Ohio

**CERTIFICATE OF SERVICE**

      I certify that on January 25, 2022, the foregoing document was served on all parties or their counsel of record through the court's CM/ECF system, if they are registered users (pursuant to Fed. R. Civ. P 5(b)(2)(E)), or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record (pursuant to Fed. R. Civ. P 5(b)(2)(C)).

    By: /s/ Joshua T. Shaw
    Joshua T. Shaw, (0087456)
    Assistant Prosecuting Attorney