IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff, | : | |
| | | CASE NO. 2:21-CV-5587 |
| vs. | : | |
| | | JUDGE SARGUS |
| MICHAEL JASON MEADE, | : | MAGISTRATE JUDGE VASCURA |
| Defendant. | : | |

**STATE OF OHIO'S MOTION TO STRIKE DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO THE STATE OF OHIO'S MOTION FOR SUMMARY REMAND AND ALTERNATIVE MOTION FOR LEAVE TO RESPOND TO DEFENDANT'S MEMORANDUM AND SUPPLEMENTAL MEMORANDUM**

The State of Ohio moves to strike Defendant's Supplemental Memorandum in Support of His Response in Opposition to the State of Ohio's Motion for Summary Remand for the reasons stated in the attached memorandum. Alternatively, if this Court finds that the State of Ohio's Motion to Strike is not well-taken, the State of Ohio asks for leave to respond to Defendant's Memorandum in Opposition and Supplemental Memorandum in Opposition.

          Respectfully submitted,

          /s/ H. Tim Merkle
          H. Tim Merkle 0023458
          Special Prosecuting Attorney
          522 N. State Street, Suite A
          Westerville, OH 43082
          Phone: (614) 839-5700
          Fax:  (614) 839-4200
          htm@ejhlaw.com

          /s/ Gary S. Shroyer
          Gary S. Shroyer 0023439
          Special Prosecuting Attorney
          580 S. High St., Suite 300
          Columbus, OH 43215

Phone: (614) 221-5500
Fax: (614) 221-5590
gary@shroyerlaw.com


/s/ Elizabeth A. Ellis
Elizabeth A. Ellis 0074332
Special Assistant Prosecuting Attorney
and
/s/  Joshua T. Shaw
Joshua T. Shaw 0087456
Special Assistant Prosecuting Attorney
for Mathias H. Heck, Jr.
Special Prosecuting Attorney
PO Box 972
301 West Third Street
Dayton, OH 45422
Phone: (937) 225-5757
Fax: (937) 496-6555
ellise@mcohio.org
shawj@mcohio.org

<u>MEMORANDUM</u>

This matter is before the Court on the Defendant's December 3, 2021 notice of removal of his criminal case from the Franklin County Court of Common Pleas. (Doc. 1.) The State moved for summary remand of the case back to the common pleas court. (Doc. 5.) The Court allowed the Defendant to respond to the State's motion (Doc. 6), and Defendant filed a timely response on December 15, 2021 (Doc. 7). While permitting a response to the State's motion for summary remand, the Court also scheduled an evidentiary hearing on the Court's jurisdiction over this case, ultimately setting it on February 11, 2022. (Docs. 6 and 9.) On January 21, 2022, without leave of the Court, the Defendant filed his Supplemental Memorandum in Support of His Response in Opposition to the State of Ohio's Motion for Summary Remand with two attachments (Docs. 11, 11-1, and 11-2.)

Under the statutory procedures for removal of state criminal actions, this Court is charged with examining the notice of removal promptly, and "[i]f it clearly appears on the face of the notice and exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand." 28 U.S.C. § 1455(b)(4). If the Court does not order summary remand, then "it shall order an evidentiary hearing to be held promptly and, after such hearing, shall make such disposition of the prosecution as justice shall require." *Id.* § 1455(b)(5). Here the Court has not ordered summary remand. Instead, the Court has set a hearing on the Defendant's notice of removal.

The Court already granted Defendant an opportunity to respond to the State's Motion for Summary Remand within seven days of its order. (Doc. 6) The State did not reply, as the Court's order did not permit such a response. *Id.* Then, without leave of this Court, Defendant filed a supplemental memorandum and exhibits outside the time provided by the Court. (Doc 11.) Defendant did not seek leave to file, nor indicate any authority for his sua sponte submission. The Court did not summarily remand this case, and it remains set for the statutorily required evidentiary hearing to determine the Court's jurisdiction. The only basis for consideration of the Court's jurisdiction is the record developed in connection with the hearing mandated by 28 U.S.C. § 1455(b)(5).

**Conclusion**

Based on the foregoing, the Defendant's supplemental memorandum and exhibits should be struck from the record.  Wherefore, the State of Ohio moves this honorable Court to strike that Defendant's supplemental memorandum.  In the alternative, if the Court denies the State of Ohio's motion to strike, the State respectfully requests leave of the Court to file a response.

Respectfully submitted,

/s/ H. Tim Merkle
H. Tim Merkle 0023458
Special Prosecuting Attorney
522 N. State Street, Suite A
Westerville, OH 43082
Phone: (614) 839-5700
Fax:  (614) 839-4200
htm@ejhlaw.com

/s/ Gary S. Shroyer
Gary S. Shroyer 0023439
Special Prosecuting Attorney
580 S. High St., Suite 300
Columbus, OH 43215
Phone: (614) 221-5500
Fax: (614) 221-5590
gary@shroyerlaw.com

/s/ Elizabeth A. Ellis
Elizabeth A. Ellis 0074332
and
/s/  Joshua T. Shaw
Joshua T. Shaw 0087456
Special Assistant Prosecuting Attorneys
for Mathias H. Heck, Jr.  0014171
Special Prosecuting Attorney
PO Box 972
301 West Third Street
Dayton, OH 45422
Phone: (937) 225-5757
Fax: (937) 496-6555
ellise@mcohio.org
shawj@mcohio.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Elizabeth A. Ellis  
    Elizabeth A. Ellis (0074332)