UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STATE OF OHIO,**

    **Plaintiff,**

    v.

**MICHAEL JASON MEADE,**

    **Defendant.**

Case No. 2:21-cv-5587
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court on Plaintiff State of Ohio's Motion to Strike Defendant's Supplemental Memorandum in Support of His Response in Opposition to the State of Ohio's Motion for Summary Remand (ECF No. 13). Plaintiff alternatively asks for leave to respond to Defendant's memorandums. Plaintiff may file a reply to Defendant's Memorandum in Opposition and Supplemental Memorandum in Opposition by February 10, 2022. The motion (ECF No. 13) is otherwise **DENIED**.

    IT IS SO ORDERED.

**2/3/2022**　　　　　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**