

**U.S. Marshals Service**
Justice. Integrity. Service.

U.S. Department of Justice

For Immediate Release
December 11, 2020

Contact: US Marshals Service Office of Public Affairs
(703) 740-1699

# OFFICIAL STATEMENT BY U.S. MARSHAL PETER TOBIN OF THE SOUTHERN DISTRICT OF OHIO

**COLUMBUS, Ohio –** The following is a statement concerning the shooting incident resulting in the death of Casey Goodson, Jr. in Columbus, Ohio, Friday, December 4. As I emphasized from the onset, the Sheriff's Deputy's actions will undergo intense scrutiny by Columbus Police detectives, Franklin County Internal Affairs, and the Franklin County Prosecutor's Office and Grand Jury.  I previously provided commentary after arriving at the scene of the incident and made statements based on insufficient information that I received prior to the beginning of the official investigation into the shooting incident. It was premature for me to provide any opinion, conclusion, or other information about the facts of the incident. Other law enforcement agencies are engaged in an independent, thorough investigation of this incident.

The Franklin County Sheriff's Deputy who was involved in the shooting of Mr. Goodson is assigned by his agency to work with the U.S. Marshals Southern Ohio Fugitive Apprehension Strike Team. At the time of the shooting, the officer involved in the shooting was not performing a mission for U.S. Marshals. U.S. Marshals were not pursuing Mr. Goodson, and U.S. Marshals were not at the scene or otherwise involved in the officer-involved shooting incident.

The officer involved in the shooting had limited authority to work U.S. Marshals cases such as pursuing dangerous fugitives or recovering missing children. However, U.S. Marshals task force operations had concluded, and the officer was acting on his own and in his independent authority as a Franklin County Sheriff's Deputy within his home jurisdiction when he encountered Mr. Goodson, and throughout the subsequent incident leading to Mr. Goodson's death.

###